UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE MACHINERY & EQUIPMENT SALES, INC. | CIVIL ACTION |
| VERSUS | NUMBER 07-504-RET-DLD |
| LIVINGSTON PARISH, LOUISIANA, ET AL | |

### ORDER

**IT IS ORDERED**, at the request of the parties, that the scheduling conference set for January 17, 2008, is **RESET** for **January 24, 2008, at 2:00 p.m.**  Counsel for plaintiff shall initiate the call to chambers at 225-389-3602.

Signed in Baton Rouge, Louisiana, on December 21, 2007.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**