UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE MACHINERY & EQUIPMENT
SALES, INC.

CIVIL ACTION

VERSUS

NO. 07-504-RET-DLD

LIVINGSTON PARISH, ET AL

## J U D G M E N T

For the oral reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion to dismiss filed by defendants', Livingston Parish, Wayne Martin, Marshall Harris, Danny Harrell, Ronald Sharp, Stan Cain, Jimmie McCoy, Eddie Wagner, Dewey Harrell and A. "Buddy " Mincey is granted and this matter is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, November      *17*      , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA